# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| North Dakota Farm Bureau, Inc., et. al, ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1-16-cv-137 |
| Wayne Stenehjem, in his Official Capacity ) | |
| as Attorney General of North Dakota, ) | |
| ) | |
| Defendant. ) | |

Before the court is Plaintiffs' Motion to Stay Rule 26(F) Planning Meeting and 16(B) Scheduling Conference. (Docket No. 45). In the motion, the Plaintiffs move the court to stay the scheduling conference currently ordered for November 10, 2016, (Docket No. 29), because multiple parties have sought to intervene in this suit since the court entered that order. (Docket Nos. 30, 35). The court agrees a stay is appropriate until Judge Hovland has ruled on these motions. The court **GRANTS** Plaintiffs' Motion to Stay Rule 26(F) Planning Meeting and 16(B) Scheduling Conference. (Docket No. 45). The court will reschedule the Rule 26(F) Planning Meeting and 16(B) Scheduling Conference after Judge Hovland rules on the motions to intervene. The scheduling conference currently ordered for November 10, 2016 is cancelled.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court