## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| North Dakota Farm Bureau, Inc.; Galegher Farms, Inc.; Brian Gerrits; Breeze Dairy Group, LLC; Paul Ivesdal; North Dakota Pork Council; Bill Price; and, Global Beef Consultants, LLC, | ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | Case No. 1:16-cv-137 |
| v. | ) ) | |
| Wayne Stenehjem, in his official capacity as Attorney General of North Dakota, | ) ) ) | |
| Defendant, | ) ) | |
| Farmers' Educational and Cooperative Union of America North Dakota Division, d/b/a North Dakota Farmers Union, | ) ) ) ) | |
| Intervenor-Defendant, | ) ) | |
| Dakota Resource Council, a North Dakota Nonprofit Corporation, | ) ) ) | |
| Intervenor-Defendant. | ) | |

Before the court is a Motion to Amend Scheduling/Discovery Plan filed by Intervenor-Defendant North Dakota Farmers Union. Pursuant to its discussions with the parties during a status conference held on October 20, 2017, the court **GRANTS** the motion (Docket No. 103) **IN PART** and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until <u>March 20, 2018</u>, to complete fact discovery and until <u>April 17, 2018</u>, to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

        a.      Plaintiffs by <u>March 30, 2018</u>; and

        b.      Defendants by <u>May 15, 2018.</u>

        (Reports to be served on other parties, but not filed with the court.)

3      The parties shall have until <u>September 14, 2018</u>, to complete discovery depositions of expert witnesses.

4.      The parties shall have until <u>October 1, 2018</u>, to file other dispositive motions (summary judgment as to all or part of the case).

The court further **ORDERS** that the bench trial set for February 19, 2019, shall be rescheduled for <u>April 2, 2019, at 9:00 a.m. in Bismarck before Chief Judge Daniel L. Hovland</u>. A nine (9) day trial is anticipated. Finally, the court **ORDERS** that the final pretrial conference set for February 15, 2019, shall be rescheduled for <u>March 26, 2019, at 2:00 p.m. by telephone</u>. The court shall initiate the conference call.

Dated this 20th day of October, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court