# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| North Dakota Farm Bureau, Inc.; Galegher Farms, Inc.; Brian Gerrits; Breeze Dairy Group, LLC; Paul Ivesdal; North Dakota Pork Council; Bill Price; and, Global Beef Consultants, LLC, | **ORDER** |
| Plaintiffs, | Case No. 1:16-cv-137 |
| v. | |
| Wayne Stenehjem, in his official capacity as Attorney General of North Dakota, | |
| Defendant, | |
| Farmers' Educational and Cooperative Union of America North Dakota Division, d/b/a North Dakota Farmers Union, | |
| Intervenor-Defendant, | |
| Dakota Resource Council, a North Dakota Nonprofit Corporation, | |
| Intervenor-Defendant. | |

The court held a status conference with the parties on March 1, 2018, by telephone. Pursuant to its discussions with the parties, all pretrial deadlines shall be suspended pending further order of the court.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2018.

/s/ *Charles S. Miller, Jr.*

Charles S. Miller, Jr., Magistrate Judge

United States District Court